UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

ANDREA MCNEILL                 }     CASE NO. 13-90392-BHL-13
   DEBTOR                         }

**MOTION TO MODIFY PLAN
FOR ALLOWANCE OF POST-PETITION CLAIMS
AS PRE-PETITION CLAIMS AND FOR INCLUSION IN PLAN
AND NOTICE OF OBJECTION DEADLINE**

Comes now the Debtor, by Counsel, pursuant to 11 U.S.C. §1305(a)(2) and moves the Court for an order allowing the following claims which were incurred after the date of confirmation of the plan in this case to be included in the Debtor's plan, if these creditors elect to file proofs of claim pursuant to 11 U.S.C. 1305(a)(2).

The Court is hereby advised that the Debtor's plan under Chapter 13 was confirmed by the Court on April 24, 2013.

The Court is further advised that the Debtor incurred involuntary medical expenses.

The Debtor proposes to include involuntary medical debts from the recent Schedule of Post-Petition debts in this Plan filed on June 26, 2016 as follows:

1. Community Health Network, 7163 Solution Center, Chicago, IL 60677-7001 — Account Number 9853 — Amount of Claim $1,432.37.
2. Mid America Clinical Labs, P.O. Box 740658, Cincinnati, OH 45274-0658 — Account Number 9170 — Amount of Claim $27.64.
3. Quest Diagnostics, P.O. Box 740810, Cincinnati, OH 45274-0810 — Account Number 4092 — Amount of Claim $231.30.

The total amount of post-petition debt sought by the Debtor to be added to her plan is $1,691.31. The character of the debt is entirely unforeseen consumer debt, is not disputed, and was necessary for the Debtor's performance under the plan.

The Debtor is hereby requesting that the Court enter an Order allowing the post-petition debt to be included in the Debtor's Chapter 13 Plan, if the creditors elect to file

proof of claim pursuant to 11 U.S.C. 1305(a)(2) in order to participate in distribution under the Debtor's modified plan.

The Debtor plan payments will remain the same.

WHEREFORE, the Debtor, by Counsel, request this Court to enter an Order granting the relief requested above.

/s/ Lloyd E. Koehler
Lloyd E. Koehler
Attorney for Debtors
400 Pearl Street, Suite 200
New Albany, IN 47150
Telephone: (812) 949-2211
Fax: (812) 941-3907
E-mail: lloydkoehler@hotmail.com

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

U.S. Bankruptcy Court
110 U.S. Courthouse
121 W. Spring Street
New Albany, IN 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of July, 2016 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com

U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 24th day of July, 2016 to all parties attached hereto:

/s/ Lloyd E. Koehler
Lloyd E. Koehler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 13-90392-BHL-13<br>Southern District of Indiana<br>New Albany<br>Sun Jul 24 00:16:23 EDT 2016 | ALLY FINCL<br>P.O. BOX 380901<br>BLOOMINGTON, MN 55438-0901 | Ally Financial<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | Bill Me Later<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Joseph M. Black Jr.<br>Office of Joseph M. Black, Jr.<br>PO Box 846<br>Seymour, IN 47274-0846 |
| CAP ONE<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130-0253 | CAP ONE<br>POB 30281<br>SALT LAKE CITY, UT 84130-0281 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| CREDITONEBNK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | Community Health Network<br>7163 Solution center<br>Chicago, IL 60677-7001 |
| DPT Ed/SLM<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | DVCMC Association<br>P.O. Box 470727<br>Celebration, FL 34747-0727 | Edward Bell, M.D.<br>1919 State Street, Suite 462<br>New Albany, IN 47150-6801 |
| (p)FLOYD EMERGENCY MEDICINE ASSOCIATES<br>700 EAST SPRING STREET<br>SUITE 200<br>NEW ALBANY IN 47150-6816 | Floyd Mem. Hosp & Health Svcs.<br>1850 State Street<br>New Albany, IN 47150-4997 | Floyd Memorial Hospital<br>1850 State Street<br>New Albany, IN 47150-4997 |
| Floyd Memorial Medical Group<br>PO Box 890631<br>Charlotte, NC 28289-0631 | GECRB/SAMS<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | GECRB/WALMAR<br>PO BOX 965024<br>EL PASO, TX 79998 |
| HSBC/NAUTL<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 | Johnson Superior Court I<br>41D02-1209-SC-2795<br>5 East Jefferson St. #300<br>Franklin, IN 46131-2320 | Johnson Superior Court I<br>41D03-1201-MF-00016<br>5 East Jefferson St. #300<br>Franklin, IN 46131-2320 |
| Koehler Law Office<br>400 Pearl st, Ste 200<br>New albany, IN 47150-3451 | Lloyd E Koehler5<br>400 Pearl Street Ste 200<br>New Albany, IN 47150-3451 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of OSI<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Providian National Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Andrea McNeill<br>5477 Allison Way<br>Noblesville, IN 46062-8400 |

| | | |
|---|---|---|
| Med-1 Solutions, LLC<br>517 US Hwy. 31 N<br>Greenwood, IN 46142-3932 | Michael McNeill<br>3319 Buffalo Trail<br>Floyds Knobs, IN 47119-9725 | Mid America Clinical Labs<br>P. O. Box 740658<br>Cincinnati, OH 45274-0658 |
| One Anesthesia<br>PO Box 70354<br>Louisville, KY 40270-0354 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>PRC Acquisitions V LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quest Diagnostics<br>P. O. Box 740810<br>Cincinnati, OH 45274-0810 | Radiology Associates<br>P.O. Box 36370<br>DEPT 53102<br>Louisville, KY 40233-6370 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 |
| Sweetgrass Homeowners Association<br>C/O Robert D. Roache, II<br>8144 Bowline Court<br>Indianapolis, IN 46236-8869 | U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Unterberg & Associates, P.C.<br>8050 Cleveland Place<br>Merrillville, IN 46410-5302 | WEBBNK/FHUT<br>6250 RIDGEWOOD ROA<br>SAINT CLOUD, MN 56303-0820 | Webbank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303-0820 |
| Well Fargo<br>7255 Bay Meadows Way<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | William Bros. Home Medical Equip<br>PO Box 271<br>Washington, IN 47501-0271 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Floyd Emergency Medicine<br>700 East Spring Street<br>Suite 200<br>New Albany, IN 47150 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis IN 46204-1986 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                   47 |