SO ORDERED: August 30, 2016.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:        ANDREA MCNEILL

DEBTOR                                                              CASE NO:  13-90392-BHL-13

### ORDER GRANTING DEBTOR'S
### MOTION TO MODIFY PLAN POST-CONFIRMATION

The Debtor having filed a Modified Plan on July 24, 2016 and after notice and opportunity, there were no objections filed.  The Court, after reviewing the filings, hereby grants the Motion and approves the amendments to the confirmed plan as follows:

1. Post-petition Medical Expense shall be included in the Debtor's Plan.  Said debt is entirely unforeseen medical expenses and consumer debt;

2. The protections of the United States Bankruptcy Code and the automatic stay provisions of USC §362 shall be extended to apply to the added creditors;

3. The Base Amount will remain at $28,924.04.

The original Order of Confirmation shall remain in full force and effect except as

JMB

modified above.  Plan Payments will only be deemed timely received by the Trustee if received in the month in which they are due.

### 

JMB