UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: ANDREA MCNEILL
Debtor                                                                                           CASE NO:  13-90392-BHL-13

### NOTICE OF PLAN COMPLETION

The Chapter 13 Trustee hereby certifies that the Debtor(s) has/have completed all payments under the confirmed Chapter 13 plan.

If the Debtor(s) is/are eligible for a discharge, the Debtor(s) is/are now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's forms.  Those forms are available on the Bankruptcy Court's website at www.insb.uscourts.gov under Forms/Local/Chapter 13.  (If applicable, the Debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.) Please contact your attorney with help in filing these forms.

**FAILURE TO FILE THESE REQUIRED PLEADINGS WITHIN 30 DAYS AFTER THE FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT A DISCHARGE.**

  /s/ Joseph M. Black, Jr
Joseph M. Black, Jr.,
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN  47274
Phone:   (812) 524-7211
Fax:       (812) 523-8838
Email:    jblacktrustee@trustee13.com

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, a copy of the NOTICE OF PLAN COMPLETION was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

LLOYD KOEHLER          lloydkoehler@hotmail.com
U.S. Trustee                    ustpregion10.in.ecf@usdoj.gov

I further certify that on February 20, 2018, a copy of the NOTICE OF PLAN COMPLETION was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

ANDREA MCNEILL
5477 ALLISON WAY
NOBLESVILLE, IN  46062-

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee