UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: } | |
| } | |
| ANDREA MCNEILL, } | Case No. 13-90392-BHL-13 |
| Debtor(s). } | |

## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

The debtor(s), by counsel, hereby move(s) the Court for entry of discharge. The required certification(s) accompany/accompanies this motion.

Respectfully submitted,

 /s/ Lloyd E. Koehler
LLOYD E. KOEHLER
KOEHLER LAW OFFICE
Counsel for the Debtor(s)
400 Pearl St., Suite 200
New Albany, IN 47150
(812) 949-2211

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of March, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com

U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

 /s/ Lloyd E. Koehler
Lloyd E. Koehler
Email: lloydkoehler@hotmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

In re:                              }
                                    }
ANDREA MCNEILL,                     }   Case No. 13-90392-BHL-13
    Debtor(s).                      }

## CERTIFICATION OF ELIGIBILITY FOR CHAPTER 13 DISCHARGE

I, the Debtor, having filed a motion for entry of discharge order certify that I am eligible for discharge under all applicable bankruptcy laws and rules, or certify that I am eligible for discharge prior to completion of plan payments pursuant to 11 U.S.C. §1328(b), testify under penalty of perjury to the following (complete all sections and provide all required information) and request that the Court enter a discharge.

1. I have completed, after the filing of this case, the Personal Financial Management course required by 11 U.S.C. §1328(g)(1) and have filed the requisite certification (Official Form 23).

2. The provisions of 11 U.S.C. §522(q)(1) are not applicable to this case under 11 U.S.C. §1328(h) and there are no proceedings pending against the Debtor of the kind described in 11 U.S.C. 522(q)(1)(A) or 522 (q)(1)(B).

3. a.   If I have a domestic support obligation, the name and address of each holder of a domestic support obligation is as follows:

    Name: _____

    Address: _____

    _____

   b.   Pursuant to 11 U.S.C. §1328(a), if I have a domestic support obligation, all amounts payable under any judicial or administrative order or by statute for domestic support obligations that were due on or before the date upon which this certification was signed, including all payments due under the plan for amounts due before the petition was filed, have been paid.

**(Only a debtor reporting a Domestic Support Obligation is required to complete paragraphs 4 through 6.)**

4. My most recent/current address is:

   _____
   _____

5. The name and address my most recent/current employer/income source is:

   _____
   _____
   _____

6. The name and address of each creditor holding a claim against me that is not dischargeable under 11 U.S.C. §523(a)(2) or (a)(4), or a claim that was reaffirmed under 11 U.S.C. §524(c), is as follows:
   Name: _____
   Address: _____
   _____

   I declare under the penalties of perjury that this Certification of Eligibility is true and correct.

Date: 2-24-2018

*Andrea McNeill*
Andrea McNeill

**(Note: Each debtor must file a separate certificate.)**